In the Matter of the Petition of THE QUEENS COUNTY BAR ASSOCIATION with Respect to KERON F. DWYER, an Attorney.— Matter referred to Hon. Burt Jay Humphrey, official referee, to hear and to report with his opinion. The official referee will pass upon the matter of a bill of particulars. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Application to Open, Vacate and Set Aside a Decree of this Court, Dated February 8, 1927, Granting Letters of Administration to HAROLD HONE on the Goods, Chattels and Credits of MARY ELLEN HONE, Also Known as MOLLY HONE, Deceased, etc. LONDON & LANCASHIRE INDEMNITY COMPANY OF AMERICA and HAROLD HONE, Individually and as Administrator, etc., of MARY ELLEN HONE, Deceased, Appellants; ELIZABETH FOLEY HYDE and LUKE J. FOLEY, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Estate of RICHARD A. HOTALING, JR., an Incompetent Person. FRANK T. HINES, Administrator of Veterans' Affairs, Appellant; RICHARD A. HOTALING, SR., Committee of RICHARD A. HOTALING, JR., an Incompetent Person, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Carswell, Johnston, Taylor and Close, JJ.

In the Matter of the Petition of THE QUEENS COUNTY BAR ASSOCIATION with Respect to EDWARD W. MURPHY, an Attorney.— Matter referred to Hon. Burt Jay Humphrey, official referee, to hear and to report with his opinion. The proceeding will be limited to all acts since January 1, 1930. Present — Hagarty, Davis, Johnston, Adel and Close, JJ.

In the Matter of the Application of BROOKLYN BAR ASSOCIATION in Respect of WILLIAM A. MURPHY, an Attorney and Counselor at Law.— Matter referred to Hon. Isaac M. Kapper, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Carswell, Davis, Johnston and Close, JJ.